

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FABIOLA CONTRERAS,

        Defendant.

_____/

**ORIGINAL**

Case: 2:11-cr-20300
Judge: Cook, Julian Abele
MJ: Majzoub, Mona K.
Filed: 05-11-2011 At 09:19 AM
INFO: USA V. FABIOLA CONTRERAS (NH)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(8 U.S.C. §§ 1324a(2) and (f), 18 U.S.C. § 2- *Aiding and Abetting in Pattern and Practice of Continued Employment of Unauthorized Aliens*)

FABIOLA CONTRERAS

On or about February 2010 through July 2010, defendant FABIOLA CONTRERAS, knowingly aided and abetted Gregory Carr and others in a pattern and practice of continuing to employ unauthorized aliens to work for their

business organization, which sent persons to work in the Eastern District of Michigan, all in violation of Title 8, United States Code, Section 1324a(2) and (f) and Title 18, United States Code Section 2.

BARBARA L. MCQUADE
United States Attorney

_____
JOHN O'BRIEN
Chief, Violent and Organized Crime Unit

_____
JENNIFER BLACKWELL
Assistant United States Attorney

Dated: May 11, 2011

| ...ates District Court .rn District of Michigan | **Criminal Case Cover S** | Case: 2:11-cr-20300<br>Judge: Cook, Julian Abele<br>MJ: Majzoub, Mona K.<br>Filed: 05-11-2011 At 09:19 AM |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete i    INFO: USA V. FABIOLA CONTRERAS (NH)

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | **Companion Case Number:** 10-cr-20400, 11-cr-20029 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Tarnow |
| ☒X Yes      ☐ No | AUSA's Initials: |

Case Title: USA v.   Fabiola Contreras
County where offense occurred :   Wayne
Check One:        ☐ Felony        X☐ Misdemeanor        ☐ Petty

\_\_\_\_Indictment/\_\_\_\_Information --- **no** prior complaint.
\_\_\_\_Indictment/\_\_\_\_Information --- based upon prior complaint [**Case number:** ]
\_\_ Indictment/ **X** Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 10-cr-20400                                         **Judge: Tarnow**

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   X Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| D-5 Fabiola Contreras | 8 U.S.C. §§ 1324a(2) and (f), 18 U.S.C.§2 | |

Please take notice that the below listed Attorney is the attorney of record for the above captioned case.

May 11, 2011
Date

JENNIFER L. BLACKWELL
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226
telephone:(313) 226-9165
facsimile: (313) 226-2873
e-mail:   jennifer.blackwell3@usdoj.gov

Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09