UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

                                  Criminal No. 11-cr-20300

                                  Honorable Arthur J. Tarnow

Fabiola Contreras,

    Defendant.
_____/

## **STIPULATED WITHDRAWAL OF PETITION FOR WRIT OF CORAM NOBIS [12]**

    The Defendant, Fabiola Contreras, hereby withdraws her Petition for a Writ of Coram Nobis, ECF No. 12, PageID.68-74, by which she sought to withdraw and vacate her plea in the above-captioned case[1]. The government does not oppose the withdrawal of the petition, and the parties stipulate and agree that such withdrawal shall be without prejudice. Based upon the Defendant's withdrawal and the government's non-opposition,

    **IT IS ORDERED** that the Petition for Writ of Coram Nobis [12] is withdrawn

---

[1] After the petition was filed and docketed in the above criminal matter, the Court assigned civil docket number 18-cv-12355 to the petition. The petition, however, remains on the above-captioned criminal docket. The parties stipulate and agree that any companion civil case should be dismissed.

without prejudice, and the matter is closed.

                                                                      s/Arthur J. Tarnow
                                                                      Arthur J. Tarnow
                                                                      United States District Judge

Date: December 9, 2021


STIPULATED AND AGREED TO:

*s/ Paul DeCailly*
Paul DeCailly
Attorney for the Defendant
DeCailly Law Group, PA
19455 Gulf Blvd., Suite 7
Indian Shores, FL 33785
(727) 824-7709
pdecailly@dlg4me.com


SAIMA S. MOHSIN
Acting United States Attorney

*s/Jonathan Goulding (with consent)*
Jonathan Goulding (MA664444)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9742
Jonathan.Goulding@usdoj.gov

Dated:  December 9, 2021